United States District Court
Southern District of Texas
ENTERED
SEP 11 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 11 1998
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA LINDA LOPEZ, Individually  *

And Next Friend of JASMINE LOPEZ *
And on Behalf of the Estate of   *
ROBERT LOPEZ

And MARIA GUADALUPE LEAL LOPEZ   *

    VS                           *   C.A. NO. B97 141

GENERAL MOTORS CORPORATION       *

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that the Defendant's Motion for Summary Judgment be **GRANTED** and this cause of action be **DISMISSED WITH PREJUDICE**.

DONE at Brownsville, Texas, this 11th, day of September, 1998.

Filemon B. Vela
United States District Judge